UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- X
MITCHELL CAMPBELL,                              :
                                                :   DOCKET NO. 3:03CV0246(SRU)
                    Plaintiff,                  :
                                                :
v.                                              :
                                                :
MAIN ENTERPRISES, INC.,                         :
                                                :   OCTOBER 28, 2003
                    Defendant.                  :
------------------------------------------------------------- X

## MOTION FOR EXTENSION OF PRETRIAL DEADLINES

Defendant Main Enterprises, Inc. ("defendant") hereby moves for a thirty (30) day extension of the deadline for filing a motion for summary judgment in the above-referenced case. Good cause exists for such an extension in that the parties have diligently and cooperatively conducted discovery and upon completion of the depositions have initiated discussions concerning the possibility of settling this action. The process has been slightly delayed by virtue of a recent vacation taken by plaintiff's counsel. Both defendant, a small closely held corporation, and plaintiff, an individual, have limited resources and before dedicating the time and attendant expense to motion practice would prefer to engage in a meaningful settlement negotiation. A thirty (30) day extension of the summary judgment deadline, until November 30, 2003, will provide the parties an adequate opportunity to explore settlement and, should such negotiations fail, prepare motion papers.

This is the first request for an extension of the pretrial deadlines that has been made by either party in this case.