# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MITCHELL CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>MAIN ENTERPRISES, INC.,<br><br>    Defendant. | **APPEARANCE**<br><br>CASE NUMBER: 3:03 CV 246 (SRU) |

*United States District Court*
*District of Connecticut*
*FILED AT BRIDGEPORT*
*2/26/04*
*Kevin F. Rowe, Clerk*
*By: [signature], Deputy Clerk*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

MITCHELL CAMPBELL

__FEBRUARY 26, 2004__
Date

__18425__
Connecticut Federal Bar Number

__203-351-4182__
Telephone Number

__203-351-4534__
Fax Number

__rsicki@cl-law.com__
E-mail address

[signature]

ROBERT J. SICKINGER
Print Clearly or Type Name

CUMMINGS & LOCKWOOD
107 Elm Street
P.O. BOX 120
STAMFORD, CT 06904
Address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Lawrence Peikes, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325

[signature]
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001