CLERK
U.S. DISTRICT COURT
BRIDGEPORT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FEB 26  4 22 PM '04

FILED

------------------------------------------------------------- X
MITCHELL CAMPBELL,                          :
                                            :    DOCKET NO. 3:03CV0246(SRU)
                    Plaintiff,              :
                                            :
v.                                          :
                                            :
MAIN ENTERPRISES, INC.,                     :
                                            :    FEBRUARY 26, 2004
                    Defendant.              :
------------------------------------------------------------- X

## JOINT MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MEMORANDUM

Plaintiff Mitchell Campbell ("plaintiff") and defendant Main Enterprises, Inc. ("defendant") hereby jointly move for an extension of the deadline for filing a final pretrial memorandum in the above-referenced case until March 24, 2004, the date of the scheduled Trial Calendar Call. Good cause exists for such an extension in that:

1. The attorney handling this case on behalf of plaintiff, Jacqueline Conlon, Esq., recently left the firm of Cummings & Lockwood LLC. Prior to Ms. Conlon's departure, no other Cummings & Lockwood attorney was involved in the case. Although the case has been transitioned to Robert J. Sickinger, Esq. for handling, Attorney Sickinger has had insufficient time to review the file and otherwise familiarize himself with the matter to the degree necessary to prepare the final pretrial memorandum. In addition, Attorney Sickinger is in the midst of preparation for a jury trial that is scheduled to begin in the Superior Court on March 1, 2004, and is thus subject to substantial time constraints.

2. Counsel for defendant received a copy of the Order, dated December 15, 2003, scheduling a Trial Calendar Call for March 24, 2004, but did not receive the accompanying Pre-Trial Order. Consequently, defendant's counsel was unaware of the contents of the Pre-Trial

Order, and in particular the directive that the parties file a final pretrial memorandum on or before February 27, 2004, until he was so advised by Attorney Sickinger on February 26, 2004.

This is the first request for an extension of the deadline for filing the final pretrial memorandum made by either party in this case.

Respectfully submitted,

| PLAINTIFF, | DEFENDANT, |
|---|---|
| MITCHELL CAMPBELL | MAIN ENTERPRISES INC. |
| | |
| Cummings & Lockwood LLC | Wiggin and Dana LLP |
| Four Stamford Plaza | Its Attorneys |
| 107 Elm Street | 400 Atlantic Street |
| Stamford, CT 06902 | P.O. Box 110325 |
| (203) 327-1700 | Stamford, CT 06911-0325 |
| | (203) 363-7600 |
| Robert J. Sickinger (ct 18425) | Lawrence Peikes (ct 07913) |

\16130\1\83580.1

2