C.J. e1999, (January.18,2002,

HONORABLE **Stefan Underhill**

DEPUTY CLERK **Mart 2**

RPTR/ERO/TAPE **Corucci**

TOTAL TIME: ___ hours **20** minutes

DATE **3-24-04**    START TIME **10:15**    END TIME **10:35**

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:03cv246 (SRU)**

§

§    **Robert Sickinger**

§    Plaintiffs Counsel

§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL

§    **Laurence Peikes**

§    Defendants Counsel

**Campbell**

vs.

**Main Enterprises**

## CIVIL JURY SELECTION/CALENDAR CALL

☑ ....... ☑ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____

☑ ....... ☐ (jyselect./h) Jury Selection held  ☑ Jury Selection continued until **May 13, 2004**

☐ .... **#** Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... **#** Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... **#** Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... **#** Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ # jurors present

☐ ........ Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ ........ Voir Dire by Court

☐ ........ Peremptory challenges exercised (See attached)

☐ ........ Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ ........ Remaining jurors excused

☐ ........ Discovery deadline set for _____

☐ ........ Disposition Motions due _____

☐ ........ Joint trial memorandum due _____

☑ ........ Trial continued until **June 7, 2004    9:00 a.m.**

✓ **Referred to WIG for Settlement Conference.** ☐ COPY TO: JURY CLERK