**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR 24  A 10: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| MITCHELL CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 303 CV 246 (SRU) |
| MAIN ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | March 24, 2004 |

### PLAINTIFF'S MOTION IN LIMINE

Plaintiff Mitchell Campbell ("Campbell"), through his undersigned counsel, hereby moves in limine to exclude any evidence relating to: (1) Mr. Campbell's purported alcohol use; (2) Mr. Campbell's criminal conviction and subsequent incarceration from June 19, 2000 until August 8, 2000; and (3) Mr. Campbell's driving license suspension in 2000. This evidence should be excluded because it is not relevant to any of the issues in this case. Further, even if there is any probative value to this evidence, it is substantially outweighed by the unfair prejudice that would result to the Plaintiff if admitted.

In support of this motion, the Plaintiff attaches a supporting Memorandum of Law.

For the foregoing reasons, Plaintiff's Motion in Limine to exclude any evidence relating to (1) Mr. Campbell's purported alcohol use, (2) Mr. Campbell's criminal conviction and subsequent incarceration from June 19, 2000 until August 8, 2000, and (3) Mr. Campbell's driving license suspension in 2000, should be granted.

THE PLAINTIFF,
BY CUMMINGS & LOCKWOOD, LLC
HIS ATTORNEYS

By _____
Robert J. Sickinger (ct 18425)
Four Stamford Plaza
P.O. Box 120
Stamford, CT 06904
(203) 327-1700

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing PLAINTIFF'S MOTION IN LIMINE has been served by hand delivery this 24th day of March, 2004, to:

    Lawrence Peikes, Esq.
    Wiggin & Dana LLP
    400 Atlantic Street
    P.O. Box 110325
    Stamford, CT 06911-0325

                            Robert J. Sickinger

.StmLib1:1053065.1 03/23/04