UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------- X
MITCHELL CAMPBELL,

             Plaintiff,

v.

MAIN ENTERPRISES, INC.,

             Defendant.
----------------------------------------------------------- X

DOCKET NO.: 3:03CV0246(SRU)

MARCH 24, 2004

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Pre-Trial Order entered by the Court on December 15, 2003, defendant Main Enterprises, Inc. respectfully requests that the following proposed voir dire questions be submitted to the jury panel in connection with the trial of the above-captioned case.

1) Describe your educational background starting with high school.

2) What is your current occupation? By whom are you employed? How long have you been employed in your current capacity? How long have you been employed by your current employer?

3) Do you have any responsibility for supervising or managing other employees? If so, how many employees do you manage or supervise? If not, have you ever had supervisory or managerial responsibilities? Please describe your management experience. Have you ever had to discipline or discharge an employee, or been actively involved in such a decision? If so, please describe the circumstances.

4) Have you received any legal education, such as a law degree, paralegal training or undergraduate coursework on the law?

5) Do you have any experience working in the field of law, or in the area of human resources or employee relations? If so, please describe your experience in this regard.

6) Have you or a member of your immediate family ever been a party to a civil lawsuit? If so, were you or your family member a plaintiff or a defendant? How did the case turn out.

7) Have you or a member of your immediate family ever been otherwise involved in a lawsuit, such as by serving as a witness or a juror? If so, please describe the circumstances.

8) Have you or a member of your immediate family ever been fired or laid off from a job? If so, what were the circumstances? Do you believe that the termination was unlawful or improper in any other way? How long did was this person(s) out of work?

9) Have you or any member of your immediate family ever filed a formal complaint, lawsuit, charge or grievance against an employer? If so, please describe the nature of the complaint and the result.

10) Have you ever otherwise been involved in a legal dispute with an employer, either as a witness or a party? If so, please describe the circumstances.

11) Are you or any member of your immediate family in a union? If so, do you or your family member hold any union office? If not, have you or your family member ever held any union office? If so, when, what union, what position(s)?

12) Have you or any member of your immediate family served in any branch of the uniformed services, including the reserves or National Guard? If so, when did you or your immediate family member serve? In what branch? What was the highest rank achieved? Was the discharge honorable?

13) If you or an immediate family member does have military experience in the reserves or National Guard, has that person ever needed to take time off from work to fulfill his or her military obligations? How did the employer respond to the request for leave to fulfill service requirements?

14) All else being equal, would you favor the testimony of a person who served in the military over that of a person who did not?

15) Do you feel particular sympathy for people who have actively served in the military such that it might cloud your judgment in a case where the plaintiff claims he was discharged from his job because of his military obligations?

16) Do you believe companies tend to treat their employees unfairly?

17) Do you believe all companies are corrupt to some extent? Do you believe that a small company is more likely to be corrupt in some fashion than a large corporation?

18) Do you believe as a general rule that companies have little or no compassion for the well being of their employees? Do you believe small companies tend to treat their employees better, worse or about the same as large companies?

19) Do you believe corporate executives are for the most part untrustworthy?

20) Do you believe that you or any member of your immediate family has been the victim of discrimination by an employer? If so, please describe the circumstances.

21) Have you or any member of your immediate family ever had any particularly bad experiences with an employer? If so, please describe the circumstances.

22) Even if you believed that plaintiff had not proven his case, and therefore was not entitled to damages, would you be inclined to award him money anyway on the theory that the company can afford it?

23) What if that plaintiff, after being terminated, had been called to active service in the military and as a result experienced a reduction in his earnings?

24) Do you believe that current or former members of the military are generally more trustworthy than members of the general population?

25) Would you instinctively believe the testimony of an employee over the testimony of an employer?

26) Have you or any member of your immediate family ever been accused of discriminating against an employee? If so, please describe the circumstances.

Respectfully submitted,

THE DEFENDANT,
MAIN ENTERPRISES, INC.

_____
Lawrence Peikes (ct 07913)
Wiggin and Dana LLP
Its Attorneys
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600
(203) 363-7676 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on March 24, 2004, I caused the foregoing Defendant's Proposed Voir Dire questions to be served by hand on:

> Robert J. Sickinger, Esq.
> Cummings & Lockwood LLC
> 107 Elm Street
> Stamford, CT 06902

_____
Lawrence Peikes

\16130\1\84088.1