**FILED**

2004 MAR 24 A 10: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MITCHELL CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. Action No. |
| | ) | 3:03 CV 246 (SRU) |
| v. | ) | |
| | ) | |
| MAIN ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | March 24, 2004 |

### PLAINTIFF'S PROPOSED VOIR DIRE

Pursuant to the Court's Pre-Trial Order (Underhill, J.), the Plaintiff Mitchell Campbell ("Plaintiff") requests that the Court propound the following questions to the prospective jurors in this case.

1. What is your name, age and marital status?

2. Do you have any children, and, if so, how many and, how old are they?

3. What is your level of education?

4. In this lawsuit, Plaintiff is suing Main Enterprises, Inc. ("Defendant"). Are you familiar with this lawsuit? If so, how did you become familiar with this lawsuit?

5. Do you know the spouse, family or friends of the Plaintiff in this case, Mr. Campbell? If so, please describe the nature and extent of your relationship.

6. Have you had any connection with, or dealings with, the Defendant? If so, please describe the nature and extent of your connection or dealings.

7. Have you ever been employed, or known anyone who is or was employed, by the Defendant, Main Enterprises, Inc.? If so, please state the name of any such person, your relationship with the person, when the person was employed by the Defendant and, what the person's job is or was.

8. Do you know, or are you or any member of your family related to, any officer, director or employee of the Defendant? If so, who?

9. The parties have indicated that the following people might testify during trial:

Are you or any member of your family, close friends or neighbors related to any of these individuals?

Do you know any of them? Do you know anyone who knows any of them? If so, please describe the nature and extent of any such relationship.

10. The lawyers in this case include: John W. Cannavino and Robert J. Sickinger from Cummings & Lockwood, attorneys for Plaintiff, and Lawrence Peikes from Wiggin & Dana, attorneys for Defendant. Do you, your family members or close friends, know any of the lawyers or firms I have just listed? If so, please describe the nature and extent of any such relationship.

11. Have any of you, your family members or close friends, ever been a witness in a case where one of the counsel on this case was involved?

12. Are you currently employed? If so, by whom? Is your spouse currently employed? If so, by whom? How about your children?

13. How do you get to work - do you drive, walk, take the train or subway, or a combination?

14. Have you ever served on a jury before? If so, please describe the type of case, your feelings about serving on a jury and whether or not you were selected as the foreperson.

15. Do you have any friends or family members who are lawyers or work at law firms? If so, what area of the law do they practice or at what type of law firm do they work?

16. Have you ever been a plaintiff or defendant in a lawsuit? If so, please state the nature of the case, what the claim was for, where the case was brought and the outcome of the case. What type of impressions did that experience leave you about the jury system and trials of cases? Would anything about that experience affect your ability to sit as a juror in this case and treat each party fairly and according to the law?

17. Do you have any friends or close family members who have been a plaintiff or defendant in a lawsuit? If so, please state the nature of the case, what the claim was for, where the case was brought and the outcome of the case.

18. Have you ever served in the military, the United States Reserves, or any other branch of the uniformed services? If so, please describe the nature of your service and the time period.

19. Do you have any friends or close relatives who serve or have served in the military, the United States Reserves, or any other branch of the uniformed services? If so, please describe the nature of his or her service and the time period, if known.

20. Have you ever been terminated from an employment position? If so, please describe the nature of the termination and whether you pursued a claim against your employer?

21. Do you have any friends or close relatives who were, to your knowledge, terminated from an employment position? If so, please describe the nature of his or her termination, if known.

22. As jurors, you will decide the facts in this case. However, at the end of this case, I will instruct you as to the law which you must follow in deciding the case. If you disagreed with the law as I gave it to you, would you still follow that law, regardless of your personal opinions about it?

-5-

23. Do you know of any other reason, or has anything occurred during the question period, that makes you doubtful as to whether or not you can be a completely fair and impartial juror in this case? If so, it is your duty to disclose such a reason at this time.

>THE PLAINTIFF,
>MITCHELL CAMPBELL
>BY CUMMINGS & LOCKWOOD LLC
>HIS ATTORNEYS
>
>By _____
>Robert J. Sickinger (ct 18425)
>Four Stamford Plaza
>P.O. Box 120
>Stamford, CT 06904
>(203) 327-1700

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing PLAINTIFF'S PROPOSED VOIR DIRE has been served by hand delivery, this 24th day of March, 2004, to:

>Lawrence Peikes, Esq.
>Wiggin & Dana LLP
>400 Atlantic Street
>P.O. Box 110325
>Stamford, CT 06911-0325

Robert J. Sickinger

.StmLib1:1052810.1 03/23/04