UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- X
MITCHELL CAMPBELL, :
: DOCKET NO. 3:03CV0246(SRU)
Plaintiff, :
:
v. :
:
MAIN ENTERPRISES, INC., :
: MARCH 24, 2004
Defendant. :
------------------------------------------------------------- X

### DEFENDANT'S MOTION IN LIMINE

Pursuant to Section 12 of the Pre-Trial Order entered by the Court on December 15, 2003, defendant Main Enterprises, Inc. ("defendant" or "Main Enterprises") hereby moves in limine for an Order barring plaintiff from testifying at trial as to (i) statements allegedly made by defendant's President, Ken Oppedisano, to the effect that plaintiff's military leave obligations were disruptive to operations; and (ii) a remark allegedly made by Susanne Ianniello, a former Main Enterprises employee, suggesting Mr. Oppedisano might refuse to honor plaintiff's request for military leave.

For the reasons detailed in the memorandum of law submitted in support of the instant motion, the anticipated testimony at issue is hearsay and therefore inadmissible under Fed. R. Civ. P. 802. The remark attributed to Ms. Ianniello, even if deemed by the Court not to be hearsay, should nonetheless be excluded pursuant to Fed. R. Evid. 403 as misleading and unduly prejudicial.

Defendant therefore prays that the Court to grant its motion in limine and direct plaintiff and his counsel that testimony concerning hearsay statements made by plaintiff's former colleagues attributing to Mr. Oppedisano displeasure about plaintiff's reserve obligations, and as

**ORAL ARGUMENT REQUESTED**

2

to the alleged remark by Ms. Ianniello, in words or substance, that "well, the United States government is just going to have to check with the Oppedisano's to see if you can make it there" (i.e., to reserve training), is improper and prohibited.

                                Respectfully submitted,

                                THE DEFENDANT,
                                MAIN ENTERPRISES, INC.


                                _____
                                Lawrence Peikes (ct 07913)
                                Wiggin and Dana LLP
                                Its Attorneys
                                400 Atlantic Street
                                P.O. Box 110325
                                Stamford, CT  06911-0325
                                (203) 363-7600
                                (203) 363-7676 (fax)

**CERTIFICATE OF SERVICE**

This is to certify that on March 24, 2004, I caused the foregoing Defendant's Motion in Limine to be served by hand on:

>Robert J. Sickinger, Esq.
>Cummings & Lockwood LLC
>107 Elm Street
>Stamford, CT 06902

_____
Lawrence Peikes

\16130\1\84780.1