UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 24  P 12: 17

MITCHELL CAMPBELL                          :

                    v.                     :        Civil Action No.
                                           :        3:03cv246 (SRU)
MAIN ENTERPRISES, INC.                     :

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___     All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___     A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___     To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___     A ruling on the following motions which are currently pending:  (orefm.)

_X_     A settlement conference (orefmisc./cnf)

___     A conference to discuss the following:  (orefmisc./cnf) _____

___     Other:  (orefmisc./misc) _____

SO ORDERED this 24th day of March 2004, at Bridgeport, Connecticut.

_____
Stefan R. Underhill
United States District Judge