EXHIBIT A

1

UNITED STATES DISTRICT COURT
STATE OF CONNECTICUT
DISTRICT OF BRIDGEPORT

* * * * * * * * * * * * * *
MITCHELL CAMPBELL,              *
      PLAINTIFF,              *
                            *   CIVIL ACTION NO.
VS.                             *   303 CV-0246 (SRU)
                            *
MAIN ENTERPRISES, INC.,         *
      DEFENDANT.              *   OCTOBER 14, 2003
* * * * * * * * * * * * * *

      Deposition of SUSANNE IANELLO, taken pursuant

to the Federal Rules of Civil Procedure, at the law

offices of Cummings & Lockwood, LLC, 700 State Street,

New Haven, Connecticut, before Ann W. Friedman, Notary

Public in and for the State of Connecticut, on Tuesday,

October 14, 2003, commencing at 5:26 p.m.

      Ann W. Friedman, License No. 91

    DEL VECCHIO REPORTING SERVICES, LLC
     PROFESSIONAL SHORTHAND REPORTERS

117 RANDI DRIVE         100 PEARL STREET, 14th FLOOR
MADISON, CT  06443      HARTFORD, CT  06103-4506
(203) 245-9583            (800) 839-6867
          FAX:  (203) 245-2760

DEL VECCHIO REPORTING SERVICES, LLC

Page 15

1 remember titles. I've been out of there a few years.
2 But Mitch used to be part of the crew that installed
3 heating, you know, did the installation of systems and
4 then went into the shop as a fabricator.
5  Q. There was some testimony that he took
6 merchandise from another facility. Do you know
7 anything about that?
8  A. Yeah.
9  Q. What do you know?
10  A. There was a company behind us that had gone
11 out of business, had gone bankrupt, and some of the
12 guys had gone over there and knew people in the
13 demolition company and had come back with some mats.
14  Q. What kind of mats?
15  A. Floor mats.
16  Q. When you say "some of the guys," what some
17 of the guys?
18  A. Mitch was one of the guys.
19  Q. Who else?
20  A. I don't remember the names.
21  Q. Did you ever go over there and talk to
22 anybody about buying desks or buying any office
23 furniture from them?
24  A. (Moves head from side to side.) They had
25 an auction. I did attend the auction.

Page 16

1  Q. Did you buy anything from the auction?
2  A. Yes.
3  Q. And what happened with the floor mats?
4  A. I don't know.
5  Q. You don't know if they were returned? Do
6 you know if Mitch paid for them?
7  A. I don't know.
8  Q. There was also some testimony about taking
9 merchandise from the shop. Do you know anything about
10 that?
11  A. Uh-huh.
12  Q. What do you know?
13  A. Mitch took a desk that didn't belong to
14 him.
15  Q. Do you know any of the discussions that
16 centered around Mitch taking that desk?
17  A. I was not part of any conversations.
18  Q. Did he return the desk when he was asked to
19 return the desk?
20     MR. PEIKES: Objection to the form.
21     Go ahead. You can answer.
22  A. I believe he did; but, again, I wasn't part
23 of the conversations.
24 BY MS. CONLON:
25  Q. So you don't have firsthand knowledge of

Page 17

1 this? It's more hearsay knowledge?
2  A. Yes.
3  Q. Do you know anything about any claims that
4 Mitch abandoned jobs?
5  A. Yes.
6  Q. What do you know about that?
7  A. There were several incidents where Mitch
8 was not on a job when he was supposed to be.
9  Q. How do you know this?
10  A. Management discussions.
11  Q. Management discussions with whom?
12  A. Other managers within the office.
13  Q. And their names would be?
14  A. Ernie "Prezinoso."
15  Q. Ernie Prezioso?
16  A. (Moves head up and down.)
17     MS. CONLON: Off the record.
18     (Off-the-record discussion.)
19 BY MS. CONLON:
20  Q. Who else, other than Mr. Prezioso?
21  A. And Ken and project managers.
22  Q. Such as?
23  A. I don't remember exact names of who was
24 present.
25  Q. Do you remember what projects they were

Page 18

1 for?
2  A. No, I didn't know that information.
3  Q. When you say "management discussions,"
4 where would those discussions take place?
5  A. In the office.
6  Q. Would you have weekly meetings to discuss
7 personnel issues?
8  A. Not formal meetings, no.
9  Q. Do you recall how many conversations you
10 had involving Mr. Prezioso regarding Mitch Campbell?
11  A. No.
12  Q. You had at least one?
13  A. Yes.
14  Q. Do you know if it's more than one?
15  A. Yes.
16  Q. Do you know if it's more than ten?
17  A. I don't remember.
18  Q. Do you know where the meetings took place?
19  A. In the office.
20  Q. Would they take place during working hours?
21  A. Yes.
22  Q. Does anything from any of these
23 conversations stand out in your mind? Do you remember
24 any specifics?
25  A. Yeah. That he was either not on a job;

Page 19

1  drunk on a job; running around with women.
2  Q. And these were from Mr. Prezioso?
3  A. I don't remember if every one came from
4  him. It was a meeting of managers.
5  Q. So it would be you, Mr. Oppedisano, and
6  Ernie Prezioso?
7  A. I don't remember exactly who was present.
8  Q. So you don't know who said he wasn't on the
9  job or who said he was drunk on the job or said he was
10 running around with women?
11 A. That's correct.
12 Q. Do you have any firsthand knowledge of him
13 not being on a job?
14 A. Explain what you mean by "firsthand
15 knowledge."
16 Q. Did you ever go to a jobsite and not see
17 him there?
18 A. No.
19 Q. Did you ever go to a jobsite and see him
20 drunk?
21 A. No.
22 Q. Did you ever see him drunk in the shop?
23 A. No.
24 Q. Did you ever -- and I'm assuming you're
25 saying he was running around with women during work

Page 20

1  time?
2  A. Yes.
3  Q. Did you ever see him running around with
4  women during work time?
5  A. No.
6  Q. And you don't remember any of the project
7  managers who discussed this with you either?
8  A. No.
9  Q. Do you remember any conversations that you
10 had with Mr. Oppedisano about Mitch Campbell?
11 A. Yes, we had conversations.
12 Q. Do you remember the first time you had a
13 conversation with Mr. Oppedisano about Mr. Campbell?
14 A. I don't remember a specific, "That was the
15 first conversation," no.
16 Q. Do you remember how many or do you know how
17 many conversations you had with Mr. Oppedisano?
18 A. Not the exact number, no.
19 Q. Was it more than one?
20 A. Yes.
21 Q. Was it more than ten?
22 A. No.
23 Q. Okay. Do you remember any of the specifics
24 of any of those conversations?
25 A. No. Just Mitch not doing what he should

Page 21

1  have been, you know, what should be expected from any
2  competent employee.
3  Q. Can you give me some examples of what he
4  shouldn't have been doing as a competent employee?
5  A. Not being on the job when he's on the time
6  clock and people think he's on the job.
7  Q. And do you remember how many times that
8  happened?
9  A. I don't remember exactly how many, no, but
10 more than once.
11 Q. Is there anywhere that would document how
12 many times he was not on the job when he should have
13 been on the job?
14 A. I don't know.
15 Q. Was that part of the policies and
16 procedures or infrastructure that you were trying to
17 put into place, to be able to track those things?
18 A. Yes.
19 Q. Were you able to track those things at that
20 time?
21 A. No.
22 Q. Were you working at Main Enterprises when
23 Mitch was incarcerated?
24 A. Yes.
25 Q. What do you remember about that?

Page 22

1  A. Not much.
2  Q. Did you talk to anybody about his
3  incarceration?
4  A. No.
5  Q. You never talked to anybody about what
6  would happen with his benefits or if he would be
7  reemployed?
8  A. No.
9  Q. Do you know who the shop supervisor was in
10 2000?
11 A. Dick Guggenheim.
12 Q. Do you know when Pat Rause left?
13 A. No.
14 Q. Did he leave after you?
15 A. Yes.
16 Q. Do you know anything about Mr. Oppedisano
17 excusing Mitch from work following -- I mean during the
18 Family Services of Woodfield project?
19 A. I'm saying, yes, I know when Mitch was
20 dismissed; I'm not a hundred percent sure of the
21 contractor's name.
22 Q. When you say "Yes," you know when Mitch was
23 dismissed, when was that?
24 A. I don't know the date.
25 Q. When you say "when Mitch was dismissed," do

### Page 11

1 manager?
2   A.  Policies, procedures. At this point, we
3 were trying to set up an infrastructure and job
4 descriptions and more formal office stuff.
5   Q.  Had you done that previously?
6   A.  Uh-huh.
7   Q.  In the credit union?
8   A.  Uh-huh.
9   Q.  You have to say yes or no.
10  A.  I'm sorry. Yes.
11  Q.  And were you able to come up with more
12 formal procedures for Main Enterprises?
13  A.  Yes.
14  Q.  What type of procedures did you come up
15 with?
16  A.  It was more of an infrastructure, rather
17 than procedures; more of duties and responsibilities.
18 I'm not sure it was ever formally implemented by the
19 time I left.
20  Q.  Can you give me an example of those duties
21 and responsibilities?
22  A.  An operations manager is one. An
23 infrastructure where there were project managers; there
24 were managers of departments that they would be
25 accountable and responsible for the staff under them.

### Page 12

1   Q.  And who would report to you?
2   A.  The girls in the office reported to me.
3   Q.  Did any of the shop supervisors report to
4 you?
5   A.  No. They reported to their project
6 managers.
7   Q.  And project managers changed from job to
8 job; do you know?
9   A.  I really wasn't involved in that.
10  Q.  Were you involved in the hiring or firing
11 of individuals?
12  A.  Not on my own, no.
13  Q.  Let's go to Mitch Campbell. You were in
14 charge of the inventories at Main Enterprises?
15  A.  I was not in charge of inventory, no.
16  Q.  Who was in charge of inventory?
17  A.  There was a tool crib manager who was in
18 charge of the inventory.
19  Q.  And what was that person's name?
20  A.  Dean. I don't remember his last name. By
21 the time I left -- actually, I'm sorry, I believe it
22 was a gentleman, Dean somebody.
23  Q.  What was your role in the inventory?
24  A.  What we were trying to do at year-end was
25 get an accurate accounting of the inventory for the

### Page 13

1 computer system.
2   Q.  Was it a new system?
3   A.  It was not a new system, but it was
4 never -- they never used the inventory-tracking feature
5 of the system.
6   Q.  When we're talking about an inventory, do
7 you know what year we're talking about?
8   A.  Any year.
9   Q.  Well, you said that they had never used the
10 inventory-tracking function.
11  A.  That's correct. So it was something new we
12 were implementing; one of these new procedures.
13  Q.  Do you know if it was in 1999 or 2000 or
14 2001?
15  A.  I don't remember.
16  Q.  Is there anything that would refresh your
17 recollection as to what year that was?
18  A.  It was the year I left.
19  Q.  And you don't remember the year that you
20 left?
21  A.  (Moves head from side to side.) I'm sorry.
22 I don't mean to be stupid. I just . . .
23  Q.  You're not being stupid. That's okay.
24  A.  It seems like a lot of things happened in a
25 lot of years.

### Page 14

1   Q.  Okay. Tell me about a conversation that
2 took place between you and Mitch Campbell about the
3 inventory.
4   A.  I don't remember any conversation with
5 Mitch Campbell about the inventory.
6   Q.  Do you remember any conversation with Eric
7 Guggenheim about the inventory?
8   A.  I would not have discussed -- I can't
9 imagine I would have discussed with either one of them
10 inventory. Again, we were setting up an
11 infrastructure, and it would have gone through a chain
12 of command.
13  Q.  And you don't remember any discussion about
14 the timing of the inventory?
15  A.  No.
16  Q.  And you don't ever remember saying anything
17 to the effect that, "We'll see if Mitch can go away to
18 his Reserves while there's an inventory pending here at
19 Main Enterprises"?
20  A.  That would never have happened.
21  Q.  What do you remember about -- or do you
22 remember anything about Mitch Campbell?
23  A.  Uh-huh.
24  Q.  What do you remember about him?
25  A.  Mitch used to be -- and, again, I don't

## Page 23

1 you mean when you gave him a pink slip?
2   A.  Yes.
3   Q.  I'm talking about a time prior to that. Do
4 you have any knowledge of Mr. Oppedisano firing Mitch
5 prior to that?
6   A.  No.
7   Q.  Can you tell me the events that led to
8 Mitch Campbell's firing from your point of view?
9   A.  Mitch was let out of the shop onto a job
10 that was within walking distance of our shop and Kenny
11 had gone out to the jobsite to check on it and see how
12 things were going, and the GC or foreman of the job was
13 outraged because the job was going bad, Mitch wasn't on
14 the job when he was supposed to be on the job, and
15 there were a lot of problems with the job. The work
16 was sloppy and not done to the quality Ken thought it
17 should be.
18   Q.  And that was information that you got from
19 Mr. Oppedisano?
20   A.  That's correct.
21   Q.  Did you ever speak to that GC personally?
22   A.  No.
23   Q.  Then what happened?
24   A.  And Ken said, "That's it. We've given him
25 enough leeway. I can't take it." At this point,

## Page 24

1 again, we were trying to set up an infrastructure and
2 we were trying to build the business to be able to take
3 larger jobs, and, to do that, we had to have good
4 quality employees. And he said, "That's it. I
5 can't -- we can't take it anymore. He wasn't on the
6 job," blah, blah, blah, "I want him fired."
7   Q.  And where did he have that conversation
8 with you?
9   A.  In my office.
10   Q.  Do you remember when he had that
11 conversation with you?
12   A.  The exact date, no.
13   Q.  Was anybody else in your office with you
14 when you had that conversation?
15   A.  I don't remember.
16   Q.  When you say you don't remember the exact
17 date, do you remember around the time that this
18 discussion took place?
19   A.  I really don't remember.
20   Q.  Then what happened?
21   A.  So Ken said, "I want you to fire him." So
22 I called Mitch up to my office with his supervisor.
23   Q.  Who was his supervisor?
24   A.  Dick Guggenheim. And Ernie was present,
25 and we told Mitch that he wasn't on the job, and, you

## Page 25

1 know, it's not the first time this has happened and
2 Ken's had enough and he's fired.
3   Q.  And then what happened?
4   A.  I don't remember the exact details.
5   Q.  Was he upset?
6   A.  Yes.
7   Q.  Do you remember what he said, if anything,
8 to you?
9   A.  I really don't remember the exact details.
10   Q.  Do you remember if Dick Guggenheim said
11 anything?
12   A.  I don't remember.
13   Q.  How about if Ernie Prezioso said anything?
14   A.  I really don't remember the conversation.
15   Q.  Now, why would Mr. Prezioso be in that
16 meeting with Mitch?
17   A.  He was Ken's righthand man. The way it was
18 kind of forming was Ernie and I were both his righthand
19 men. Ernie handled the guys and the project management
20 and was more involved with that side of it, and I was
21 more involved with more the office stuff.
22   Q.  Did you ever talk to anybody about firing
23 Mitch?
24   A.  No.
25   Q.  What did you do to prepare for the

## Page 26

1 deposition today?
2   A.  Obviously nothing. Nothing.
3   Q.  Did you review any documents?
4   A.  No.
5   Q.  Did you talk to anybody at Main
6 Enterprises?
7   A.  No. Well, other than Ken.
8   Q.  But you did have conversations with
9 Mr. Oppedisano?
10   A.  Me and Larry and Ken had a conversation.
11   Q.  I can't hear what you talked about with
12 Larry, but did you ever talk to Ken outside of speaking
13 with Mr. Peikes?
14   A.  Only when Ken called me to tell me that I
15 was going to be deposed.
16         MS. CONLON: Okay. Give me a second
17     just to go over my outline. (Pause.) I
18     don't think I have anything further.
19         MR. PEIKES: I don't have anything.
20
21     (Deposition concluded at 5:53 p.m.)
22
23
24
25