UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- X
MITCHELL CAMPBELL,                          :
                                            :    DOCKET NO. 3:03CV0246(SRU)
                    Plaintiff,              :
                                            :
v.                                          :
                                            :
MAIN ENTERPRISES, INC.,                     :
                                            :    APRIL 15, 2004
                    Defendant.              :
------------------------------------------------------------- X

## DEFENDANT'S MOTION TO AMEND JOINT PRE-TRIAL ORDER

Pursuant to Fed. R. Civ. P. 16(b), defendant Main Enterprises, Inc. ("defendant" or "Main Enterprises") moves to amend the Joint Pre-Trial Order in the above-captioned case to add a former Main Enterprises employee, Ray Green, to its witness list. In an effort to obviate a need for this motion, defendant's counsel proposed a stipulation to counsel for plaintiff Mitchell Campbell ("plaintiff"), but no response was forthcoming.

Mr. Green was an apprentice/trainee on two (2) jobs on which plaintiff served as the project manager and will be called to testify regarding plaintiff's abandonment of the worksite, his theft of time by recording non-working hours as working time, and his use of alcohol while on the clock. Mr. Green's testimony would be directly relevant to the ultimate issue of whether Main Enterprises' decision to terminate plaintiff's employment was based on legitimate business considerations, and not plaintiff's reserve activities. As discussed more fully in the accompanying memorandum of law, no prejudice would inure to plaintiff, nor would trial be disrupted, by the addition of Mr. Green to defendant's list of witnesses, whereas defendant would be severely hampered if Mr. Green were not permitted to testify.

**ORAL ARGUMENT NOT REQUESTED**

Accordingly, defendant's motion to amend the Joint Pre-Trial Order should be granted and Mr. Green added to defendant's witness list.

> Respectfully submitted,
>
> THE DEFENDANT,
> MAIN ENTERPRISES, INC.
>
> _____
> Lawrence Peikes (ct 07913)
> Wiggin and Dana LLP
> Its Attorneys
> 400 Atlantic Street
> P.O. Box 110325
> Stamford, CT 06911-0325
> (203) 363-7600
> (203) 363-7676 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on April 15, 2004, I caused a copy of the foregoing Defendant's Motion to Amend Joint Pre-Trial Order to be served by first-class U.S. mail, postage prepaid, on:

> Robert J. Sickinger, Esq.
> Cummings & Lockwood LLC
> 107 Elm Street
> Stamford, CT 06902

_____
Lawrence Peikes

\16130\1\85761.1