# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- X
MITCHELL CAMPBELL,  :  CIVIL ACTION
 : NO. 3:03CV0246 (SRU)
        Plaintiff, :
 :
v. :
 :
MAIN ENTERPRISES, INC., :
 : AUGUST 29, 2003
        Defendant. :
------------------------------------------------------------- X

## DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Fed. R. Civ. P. 33 and 34 and D. Conn. L. Civ. R. 26, defendant Main Enterprises, Inc. ("defendant" or "Main Enterprises"), by and through its attorneys of record, hereby responds to Plaintiff's First Set of Interrogatories and Request for Production of Documents as follows:

## GENERAL OBJECTIONS

1. Defendant generally objects to plaintiff's interrogatories and requests for production of documents to the extent they seek information and/or documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence in this action.

2. Defendant generally objects to plaintiff's interrogatories and requests for production of documents to the extent they are lacking in specificity or are otherwise vague and/or ambiguous.

**INTERROGATORY NO. 16:** Identify each person acting on behalf of or employed by Defendant (excluding its attorney) who has knowledge relating to Defendant's claim in its Seventh Defense that Plaintiff failed to mitigate his damages.

**RESPONSE:** No person acting on behalf of or employed by defendant has personal knowledge concerning plaintiff's mitigation efforts.

**INTERROGATORY NO. 17:** Identify each person acting on behalf of or employed by Defendant (excluding its attorney) who has knowledge of or relating to the "after-acquired evidence" alleged in Defendant's Eighth Defense.

**RESPONSE:** Kenneth Oppedisano, James Hunter, Ernie Prezioso and Robert Cahn.

**INTERROGATORY NO. 18:** Identify each person who participated in answering these interrogatories and indicate the particular interrogatories that he or she participated in answering.

**RESPONSE:** Kenneth Oppedisano participated in providing answers to each of the above interrogatories.

## RESPONSES TO DOCUMENT REQUESTS

**REQUEST NO. 1:** Plaintiff's personnel file and "other documents relating to his duties and responsibilities, performance, workplace conduct, and terms and conditions of employment" referred to in Item 2 of Defendant's Initial Disclosures.

**RESPONSE:** Documents contained in plaintiff's personnel file are identified as Bates Nos. ME-0001-0007. See also documents produced in response to Request No. 13 below.