UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- X
MITCHELL CAMPBELL,                              :
                                                :    DOCKET NO. 3:03CV0246(SRU)
              Plaintiff,                        :
                                                :
v.                                              :
                                                :
MAIN ENTERPRISES, INC.,                         :
                                                :    MAY 4, 2004
              Defendant.                        :
------------------------------------------------------------- X

## DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF

Pursuant to Fed. R. Civ. P. 7(b) and D. Conn. L. Civ. R. 7, defendant Main Enterprises, Inc. ("defendant" or "Main Enterprises") hereby moves for leave to file the Sur-Reply Brief in Opposition to Plaintiff's Motion in Limine accompanying this motion. The Sur-Reply is confined to a brief discussion of matters raised for the first time by plaintiff in his reply memorandum of law. Defendant has not had an opportunity to address such matters, including plaintiff's contention that defendant's opposition papers were not timely filed, and as a matter of fairness should be heard on these points.

Defendant's motion for leave to file a sur-reply brief is therefore supported by good cause and should be granted.

Respectfully submitted,

THE DEFENDANT,
MAIN ENTERPRISES, INC.

_____
Lawrence Peikes (ct 07913)
lpeikes@wiggin.com
Wiggin and Dana LLP
Its Attorneys
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325
(203) 363-7600
(203) 363-7676 (fax)

2

## CERTIFICATE OF SERVICE

This is to certify that on May 4, 2004, I caused a copy of the foregoing Defendant's Motion for Leave to File Sur-Reply Brief to be served by first-class U.S. mail, postage prepaid, on:

>Robert J. Sickinger, Esq.
>Cummings & Lockwood LLC
>107 Elm Street
>Stamford, CT 06902

_____
Lawrence Peikes

\16130\1\86521.1