UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

May 6, 2004

10:00 a.m.

*Held 3 1/2 hours*

CASE NO. **3:03cv246 (SRU)**   **Campbell vs. Main Enterprises, Inc.**

Jacquelyn Conlon
Cummings & Lockwood
Four Stamford Plaza, PO Box 120
Stamford, CT 06904-0120


Lawrence Peikes
Wiggin & Dana
400 Atlantic St., 7th Fl., PO Box 110325
Stamford, CT 06911-0325


Robert J. Sickinger
Cummings & Lockwood
Four Stamford Plaza
107 Elm St. PO Box 120
Stamford, CT 06904-0120


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK