38

UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 MAY -6 P 12: 05

------------------------------------------------------- X
MITCHELL CAMPBELL,                                      :
                                                        :     DOCKET NO. 3:03CV246(SRU)
                              Plaintiff,                :
                                                        :
v.                                                      :
                                                        :
MAIN ENTERPRISES, INC.,                                 :
                                                        :     MAY 4, 2004
                              Defendant.                :
------------------------------------------------------- X

### DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF

Pursuant to Fed. R. Civ. P. 7(b) and D. Conn. L. Civ. R. 7, defendant Main Enterprises, Inc. ("defendant" or "Main Enterprises") hereby moves for leave to file the Sur-Reply Brief in Opposition to Plaintiff's Motion in Limine accompanying this motion. The Sur-Reply is confined to a brief discussion of matters raised for the first time by plaintiff in his reply memorandum of law. Defendant has not had an opportunity to address such matters, including plaintiff's contention that defendant's opposition papers were not timely filed, and as a matter of fairness should be heard on these points.

Defendant's motion for leave to file a sur-reply brief is therefore supported by good cause and should be granted.

FILED
2004 MAY -7 P 4: 48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Granted. The clerk shall rule on the Sur-Reply copy sent by mail 5/7/04
So ordered. [signature]