UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Campbell

V.                           Case Number: 3:03cv246 (SRU)

Main Enterprises

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>May 10, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 31, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, May 11, 2004.

KEVIN F. ROWE, CLERK

By: <u>/s/ Alice Montz</u>_____
    Alice Montz
    Deputy Clerk